UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 21-02133-jw |
| Jeffrey Thomas Owens, ) | |
| ) | Chapter 12 |
| Debtor. ) | |
| ) | |

**NOTICE OF PRE-CONFIRMATION CONFERENCE
TO BE HELD TELEPHONICALLY**

Notice is hereby given that the Pre-Confirmation Conference in the above-referenced matter scheduled for November 4, 2021 at 1:00 p.m. at the King and Queen Building, 145 King Street, Room 225, Charleston, South Carolina will be held telephonically by J. Kershaw Spong, Chapter 12 Trustee. If you wish to participate in the conference, please call promptly at 1:00 p.m. to the following toll-free number (866) 812-4190 and when prompted enter the participant code of 8354661.

/s/ J. Kershaw Spong
J. Kershaw Spong, Trustee
District Court ID No. 531
Post Office Box 11449
Columbia, South Carolina 29211
(803) 929-1400

October 22, 2021

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 21-02133-jw |
| | ) | |
| Jeffrey Thomas Owens, | ) | Chapter 12 |
| | ) | |
| Debtor. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| _____ | ) | |

This is to certify that I am the paralegal for J. Kershaw Spong, Chapter 12 Trustee; that I have this day caused to be served upon the persons named below the **Notice of Pre-Confirmation Conference to be Held Telephonically** in the above captioned matter by emailing same to Debtor's counsel and all parties in interest which have filed a Notice of Appearance in this case as follows:

Reid B. Smith, Esquire
rsmith@birdsmithlaw.com
Attorney for Debtor

Julio E. Mendoza, Jr., Esquire
rmendoza@nexsenpruet.com
Attorney for ArborOne, ACA

John B. Butler, III, Esquire
jbbiii@bellsouth.net
Attorney for H & S Oil Co.

Sean Markham, Esquire
sean@markhamlawsc.com
Attorney for Daughtry, Woodard, Lawrence & Starling

_____
Melissa H. White, Paralegal for
J. Kershaw Spong (531)
P.O. Box 11449
Columbia, SC  29211
(803) 929-1400

Columbia, South Carolina
October 22, 2021