ENC. 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In Re:                                          ) Bankruptcy Number: 21-02133 -jw
                                                ) Chapter 12
Jeffrey Thomas Owens                            )
                                                )
                                                )
                      Debtor(s).                )
_____)

CHAPTER 12 MONTHLY REPORT

NAME OF DEBTOR(S): Jeffrey T. Owens

CASE NO.: 21-02133 -jw

For Month Ending January 2023

MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis.)

1. CASH RECEIPTS

|  |  | MONTH | YEAR TO DATE |
|---|---|---|---|
| A. FARM INCOME |  |  |  |
| Grain Sales |  |  |  |
| #bu. _____ corn at $ _____ |  |  |  |
| #bu. grain beans at $ _____ |  | 43,059.82 | 43,059.82 |
| #bu. _____ tobacco at $ _____ |  |  |  |
| #bu. _____ milo at $ _____ |  |  |  |
| #bu. _____ wheat at $ _____ |  | 8,015.41 | 8,015.41 |
| Livestock Sales |  |  |  |
| #hd _____ feeder pigs at _____ |  |  |  |
| #hd _____ hogs at $ _____ per/lb. |  |  |  |
| #hd _____ calves at $ _____ per/lb. |  |  |  |
| #hd _____ cattle at $ _____ per/lb. |  |  |  |
| #hd _____ lambs at $ _____ |  |  |  |
| Eggs |  |  |  |
| Poultry |  |  |  |

1

```
Milk          _____    _____    _____
Other         _____    _____    _____
              _____    _____    _____
```

Miscellaneous Farm Income
    Contract payments - crop insurance    38,307.00    38,307.00
    Contract payments
    Contract payments
    Rent payment
    Rent payment
    Government payment
    PIK and Roll proceeds
    Custom farming income
    Custom feeding payments
    Other farm income
    (please specify source)
    Duck Club Dues

New loans (specify source)

B. **WAGES FROM OUTSIDE WORK**

    Husband
    Wife

C. **OTHER RECEIPTS**

    Social Security    1,620.00    1,620.00
    Other:
    Loan from JT Owens Construction Acct
    Deposits for Jeff - Cash

    Total Cash Receipts    91,002.23    91,002.23

2

II. <u>EXPENSES PAID</u>

    A. <u>HOUSEHOLD</u>   (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Medical Expenses | | 841.30 | |
| ATM cash withdrawls | | 0.00 | |
| Food / Personal meals | | 131.15 | |
| Personal shopping | | 1,255.80 | |
| Payback to Construction Acct | | 3,700.00 | |
| Personal Groceries | | 137.16 | |
| Payment on Personal Income Taxes | | 0.00 | |

TOTAL                                                            6065.41

B. **FARM EXPENSES**   (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|

| Payee | Amount |
|---|---|
| Taxes and licenses | 0.00 |
| Salaries and wages | 0.00 |
| Repairs and maintenance | 1,469.61 |
| Rent and leases | 0.00 |
| Bank charges | 28.00 |
| Fuel | 69.96 |
| Utilities (lights/water/phone) | 3,619.46 |
| Insurance | 2,460.00 |
| General supplies | 0.00 |
| Machine hire / Labor | 0.00 |
| Fertilizer and chemicals | 4,962.65 |
| Soil Test | 520.00 |
| Due and Subscriptions | 40.00 |
| Freight | 1,500.00 |
| Small tools | 450.00 |
| Cash Labor | 450.00 |
| TOTAL | 15,569.68 |

C.  TOTAL PAYMENTS MADE TO CHAPTER 12 TRUSTEE    0.00

   TOTAL EXPENSES FOR MONTH    21,635.09

   CASH PROFIT (LOSS) FOR MONTH
   [TOTAL INCOME minus TOTAL EXPENSES]    69,367.14

   OTHER NON-CASH LOSSES:

      LOSS DUE TO CROP FAILURE OR
         DAMAGE $_____

      LOSS DUE TO DEATH OR DISEASE
         OF LIVESTOCK OR POULTRY
         $_____

III. CASH RECONCILIATION:

   Cash and Bank Accounts Balance at
      Beginning of Month:    $ 25,041.72

   Profit (or Loss) During Month    $ 69,367.14

   Cash and Bank Account Balance at
      End of Month    $ 94,408.86

IV. EXPENSES CHARGED BUT NOT PAID DURING MONTH (itemized):

   Expense                                         Amount
                                                   $

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

2/13/2023
DATE                                    DEBTOR(S) / OFFICER OF DEBTOR(S)

5



## First Citizens Bank

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

IM 489

000000773 FCBTSTM5020123346604 01 000000 001377 003

JEFFREY T OWENS
CHAPTER 12 DIP
OPERATING ACCOUNT
PO BOX 338
JOHNSONVILLE SC 29555-0338

**Your Account(s) At A Glance**
Checking
Balance                94,132.28+

---

Statement Period: January 1, 2023    Thru January 31, 2023                 Account Number: ████1414

### Basic Business Checking

Account Number: ████1414                                    Enclosures In Statement: 0

| | | | |
|---|---|---|---|
| Beginning Balance | 24,758.64+ | Statement Period Days | 31 |
| 4 Deposits | 89,382.23+ | Average Ledger Balance | 54,174.00+ |
| 4 Other Credits | 1,688.90+ | | |
| 16 Checks | 14,129.98- | | |
| 18 Other Debits | 7,567.51- | | |
| Monthly Service Charge | 0.00 | | |
| Ending Balance | 94,132.28+ | | |

### Deposits To Your Account

| Date | Amount | Date | Amount |
|---|---|---|---|
| 01-13 | 38,307.00 | 01-23 | 26,158.70 |
| 01-23 | 8,015.41 | 01-23 | 16,901.12 |

### Other Credits To Your Account

| Date | Description | Amount |
|---|---|---|
| 01-03 | SSA Treas 310 Xxsoc Sec *****9849A SSA | 1,620.00 |
| 01-10 | Transfer     0000000000002021 01-09 ATM 300003   Seq # 61656<br>Walmart.com     702 SW 8th St    Bentonville Ar | 15.36 |
| 01-10 | Transfer     0000000000002021 01-09 ATM 300003   Seq # 50706<br>Walmart.com     702 SW 8th St    Bentonville Ar | 15.40 |
| 01-10 | Transfer     0000000000002021 01-09 ATM 300003   Seq # 61477<br>Walmart.com     702 SW 8th St    Bentonville Ar | 38.14 |
| | Total | 1,688.90 |

### Checks Paid From Your Account

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1459* | 01-05 | 152.77 | 1525* | 01-05 | 180.00 | 1532 | 01-26 | 450.00 |
| 1463* | 01-05 | 603.77 | 1526 | 01-04 | 1,625.54 | 1535* | 01-24 | 340.00 |
| 1512* | 01-12 | 350.00 | 1527 | 01-12 | 300.00 | 1536 | 01-24 | 4,962.65 |
| 1519* | 01-19 | 926.84 | 1528 | 01-10 | 1,200.00 | 1539* | 01-27 | 1,731.44 |
| 1520 | 01-03 | 679.81 | 1529 | 01-19 | 450.00 | | | |
| 1521 | 01-06 | 137.16 | 1531* | 01-20 | 40.00 | | | |

*Prior Check Number(s) Not Included or Out of Sequence.



Direct Customer Inquiry Calls To
Personal 1-888-323-4732
Business 1-866-322-4249

Page 1 of 6

## Other Debits From Your Account

| Date | Description | Amount |
|---|---|---|
| 01-03 | Purchase     Visa #2021     01-03 ATM 387422   Seq # 72857<br>Bp#6946768Pampl    848 N. Pamplico  Pamplico    SC | 69.96 |
| 01-03 | POS Sig 12/31 Visa #2021 Lake City Shrimper Lake City SC | 83.73 |
| 01-04 | Bcbs Premium Drafts **********7622 | 150.79 |
| 01-09 | POS Sig 01/07 Visa #2021 Chalk Couture 844-6736316 Ut | 233.00 |
| 01-10 | POS Sig 01/08 Visa #2021 Shady Rest Family Rest Johnsonville SC | 47.42 |
| 01-11 | Transfer  Internet         01-11 Seq # 89053              7869 | 1,200.00 |
| 01-17 | S C Farm Bureau Scfb Fed ******6965Mb | 40.00 |
| 01-17 | Farmers Tel Coop Tel Bill *******4000 | 171.12 |
| 01-17 | Southern Farm Bu Scfb Ins **********7698 | 2,460.00 |
| 01-19 | Transfer  Internet         01-19 Seq # 57010              7869 | 2,500.00 |
| 01-19 | Wellcare ACH Debits ****8769 | 10.70 |
| 01-19 | Gcwsdoper Utilities *******.00 98 | 36.91 |
| 01-19 | Gcwsdoper Utilities *******.00 98 | 54.45 |
| 01-23 | POS Sig 01/21 Visa #2021 Spectrum 855-707-7328 Mo | 392.32 |
| 01-24 | POS Sig 01/23 Visa #2021 Belk.Com 866-235-5443 NC | 37.31 |
| 01-24 | POS Sig 01/23 Visa #2021 Belk.Com 866-235-5443 NC | 58.30 |
| 01-31 | Commercial Advantage Fee                    Jtowensfarm | 15.00 |
| 01-31 | Paper Statement Fee | 6.50 |
|  | Total | 7,567.51 |

## Commercial Advantage Service Charge-Prior Month Activity Summary

| Profile | Description | Total Items | Included Items | Charged Items | Item Price | Total Charged |
|---|---|---|---|---|---|---|
| **JTOWENSFARM** | | | | | | |
|  | Commercial Advantage Basic | 1 | 0 | 1 | 15.00 | 15.00 |
|  |  |  |  |  |  | 15.00 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01-03 | 25,545.14+ | 01-11 | 20,083.59+ | 01-23 | 101,733.48+ |
| 01-04 | 23,768.81+ | 01-12 | 19,433.59+ | 01-24 | 96,335.22+ |
| 01-05 | 22,832.27+ | 01-13 | 57,740.59+ | 01-26 | 95,885.22+ |
| 01-06 | 22,695.11+ | 01-17 | 55,069.47+ | 01-27 | 94,153.78+ |
| 01-09 | 22,462.11+ | 01-19 | 51,090.57+ | 01-31 | 94,132.28+ |
| 01-10 | 21,283.59+ | 01-20 | 51,050.57+ |  |  |



# First Citizens Bank

| Statement Period: January 1, 2023 | Thru January 31, 2023 | Account Number: ▓▓▓▓1414 |

## FOLLOW THESE EASY STEPS TO BALANCE YOUR CHECKING ACCOUNT

1. Write here the ending balance shown on the front of this statement.
2. Add deposits not credited in this statement. (Use table A.)
3. Total of lines 1 and 2.
4. Checks and other debits outstanding not charged to your account. (Use table B.)
5. Subtract line 4 from line 3. This should be your current checkbook balance.

| | |
|---|---|
| 1 | $ |
| 2 | +$ |
| 3 | =$ |
| 4 | -$ |
| 5 | =$ |

**B. Outstanding Checks/Debits**

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total Amount | |

**A. Deposits/Credits**

| Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total Amount | |

Note: If your statement does not balance, please check to be sure you have entered in your check register all automatic transactions (service charges, advances, payments, drafts etc.) shown on the front of your statement. Please notify the Bank promptly of any discrepancy in your account statement.

**How to Compute Interest Charges on Your Line of Credit.** We figure the interest charge on your account by applying the periodic rate to your "average daily balance" (including current transactions). To get the "average daily balance," we first determine the daily balance of your Account each day. We take the beginning balance of your account each day, add any new advances and charges, and subtract any new payments or credits and any unpaid interest charges, credit insurance premiums, late charges and other charges that have been posted to the account. These calculations give us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Next, we multiply the "average daily balance" by the daily periodic rate applicable to your account. The daily periodic rate is determined by dividing the Annual Percentage Rate by the number of days in the year. That result is then multiplied by the number of days in the billing cycle to obtain the monthly interest charge. Automatic payment debits are posted to your account after your "average daily balance" is calculated. Interest charges and any credit insurance premiums that accrue during each billing cycle are added to the balance of your account on the last day of the billing cycle prior to the calculation of your minimum payment.

**Variable Rate.** Unless the terms of your revolving line of credit specify that the rate is fixed, your daily periodic rate and Annual Percentage Rate are variable rates subject to change each month.

**What To Do If You Think You Find A Mistake On Your Statement (Consumer Accounts Only).** If you think there is an error on your statement, write to us at the address shown on page one of your statement. In your letter, give us the following information: (1) *Account information:* Your name and account number. (2) *Dollar amount:* The dollar amount of the suspected error. (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount; (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount; (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance; (4) We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases (Consumer Accounts Only).** This section applies if you access your line of credit using a credit card. If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) (2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. (3) You must not yet have fully paid for the purchase. If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903; or by calling our Customer Contact Center at 1.888.323.4732. If you call, we may require you to provide us with a written statement concerning your dissatisfaction with the purchase. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Liability for Unauthorized Use of Credit Card (Consumer Accounts Only).** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at: Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903, or call us at our Customer Contact Center, 1.888.323.4732. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Credit History Errors.** If you believe we have inaccurately reported information about your account history to a consumer reporting agency, please notify us in writing at the Bank address stated on page one of your statement.

**Prompt Crediting of Payments.** To receive credit for a payment on the date we receive the payment, we must receive your payment prior to 5:00 p.m. on a Bank business day (any day except Saturday, Sunday or a bank holiday). If paying at a branch or by mail, then payments must include the payment coupon. In addition, if paying by mail, payment must be mailed to the specific address furnished by the Bank. Payments received at any of our ATMs; payments received on a business day after 5:00 p.m.; payments received at a branch or by mail without a coupon; and, payments received on a day that is not a Bank business day, will be credited to your account no later than the next Bank business day.

**Preauthorized Deposits.** If direct deposits are made to your account at least every 60 days by the same person or entity, you can call us at the telephone number shown on page one of your statement to find out whether the deposit has been made.


Statement Period: January 1 , 2023    Thru January 31, 2023                             Account Number :        1414

**In Case of Errors or Questions About Your Electronic Transfers (Consumer Accounts Only).**    If you think your statement or receipt is wrong or if you need more information about a transfer on a statement or receipt, telephone or write us as soon as you can at the telephone number or address which appears on page one of your statement.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You must: (1) tell us your name and account number; (2) describe the error or the transfer you are unsure about (including the date it occurred), and explain as clearly as you can why you believe it is in error or why you need more information; and (3) tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error promptly. We may take up to 45 days to complete our investigation (90 days for transfers initiated outside the U.S. or resulting from point-of-sale debit-card transactions). If we take more than 10 business days (5 days for certain Visa® Check Card transactions; 20 days for certain new accounts), we will recredit your account for the amount you think is in error, so that you will have the use of the money  during the time it takes to complete our investigation.

**Credit Limit**.         When you make a payment on your account, we may, at our option, delay advancing additional funds from your line of credit in reliance on that payment until we confirm that your payment has been fully and finally collected. If we placed a hold on a credited payment pending our final determination of collectability, the "Available Credit" amount on the front page of this statement will **not** reflect this payment and funds in the amount of the hold will **not** be available to you for subsequent advances until we confirm that your payment has been fully and finally collected.

**Interest Charge**.        The term "Interest Charge" on your statement has the same meaning as the term "Finance Charge" that may appear in your revolving line of credit documents.

Page 4 of 6

# First Citizens Bank

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

JEFFREY T OWENS
CHAPTER 12 DIP
OPERATING ACCOUNT
PO BOX 338
JOHNSONVILLE SC 29555-0338

Statement Period: January 1, 2023    Thru January 31, 2023    Account Number: ████1414



| Check | Amount |
|---|---|
| Chk# 1459 | $152.77 |
| Chk# 1463 | $603.77 |
| Chk# 1512 | $350.00 |
| Chk# 1519 | $926.84 |
| Chk# 1520 | $679.81 |
| Chk# 1521 | $137.16 |
| Chk# 1525 | $180.00 |
| Chk# 1526 | $1,625.54 |
| Chk# 1527 | $300.00 |
| Chk# 1528 | $1,200.00 |

# First Citizens Bank

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

JEFFREY T OWENS
CHAPTER 12 DIP
OPERATING ACCOUNT
PO BOX 338
JOHNSONVILLE SC 29555-0338

Statement Period: January 1, 2023    Thru January 31, 2023     Account Number: 1414


Chk# 1529                                            $450.00


Chk# 1531                                             $40.00


Chk# 1532                                            $450.00


Chk# 1535                                            $340.00


Chk# 1536                                          $4,962.65


Chk# 1539                                          $1,731.44

Page 6 of 6



# First Citizens Bank

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

ZE 489

000003515 FCBTZEST020123346645 01 000000 073028 002



JEFFREY T OWENS
CHAPTER 12 DIP
TAX ACCOUNT
PO BOX 338
JOHNSONVILLE SC 29555-0338

**Your Account(s) At A Glance**
Checking
Balance                276.58+

Statement Period: January 1, 2023    Thru January 31, 2023          Account Number:          1430



**Basic Business Checking**
Account Number          1430                                    Enclosures In Statement:  0

| Beginning Balance |  | 283.08+ | Statement Period Days | 31 |
|---|---|---|---|---|
| 0 | Deposits | 0.00 | Average Ledger Balance | 283.00+ |
| 0 | Other Credits | 0.00 | | |
| 0 | Checks | 0.00 | | |
| 1 | Other Debits | 6.50- | | |
| Monthly Service Charge | | 0.00 | | |
| **Ending Balance** | | **276.58+** | | |

## Other Debits From Your Account

| Date | Description | Amount |
|---|---|---|
| 01-31 | Paper Statement Fee | 6.50 |
| | Total | 6.50 |

## Daily Balance Summary

| Date | Balance |
|---|---|
| 01-31 | 276.58+ |



Direct Customer Inquiry Calls To
Personal 1-888-323-4732
Business 1-866-322-4249

Page 1 of 3

**First Citizens Bank**

Statement Period: January 1, 2023    Thru January 31, 2023                                   Account Number:           430

## FOLLOW THESE EASY STEPS TO BALANCE YOUR CHECKING ACCOUNT

1. Write here the ending balance shown on the front of this statement.
2. Add deposits not credited in this statement. (Use table A.)
3. Total of lines 1 and 2.
4. Checks and other debits outstanding not charged to your account. (Use table B.)
5. Subtract line 4 from line 3. This should be your current checkbook balance.

| | | |
|---|---|---|
| 1 | $ | |
| 2 | +$ | |
| 3 | =$ | |
| 4 | −$ | |
| 5 | =$ | |

**A. Deposits/Credits**

| Date | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Total Amount | | |

**B. Outstanding Checks/Debits**

| Number | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Amount | | |

Note: If your statement does not balance, please check to be sure you have entered in your check register all automatic transactions (service charges, advances, payments, drafts etc.) shown on the front of your statement. Please notify the Bank promptly of any discrepancy in your account statement.

**How to Compute Interest Charges on Your Line of Credit.** We figure the interest charge on your account by applying the periodic rate to your "average daily balance" (including current transactions). To get the "average daily balance," we first determine the daily balance of your Account each day. We take the beginning balance of your account each day, add any new advances and charges, and subtract any new payments or credits and any unpaid interest charges, credit insurance premiums, late charges and other charges that have been posted to the account. These calculations give us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Next, we multiply the "average daily balance" by the daily periodic rate applicable to your account. The daily periodic rate is determined by dividing the Annual Percentage Rate by the number of days in the year. That result is then multiplied by the number of days in the billing cycle to obtain the monthly interest charge. Automatic payment debits are posted to your account after your "average daily balance" is calculated. Interest charges and any credit insurance premiums that accrue during each billing cycle are added to the balance of your account on the last day of the billing cycle prior to the calculation of your minimum payment.

**Variable Rate.** Unless the terms of your revolving line of credit specify that the rate is fixed, your daily periodic rate and Annual Percentage Rate are variable rates subject to change each month.

**What To Do If You Think You Find A Mistake On Your Statement (Consumer Accounts Only).** If you think there is an error on your statement, write to us at the address shown on page one of your statement. In your letter, give us the following information: (1) *Account information:* Your name and account number. (2) *Dollar amount:* The dollar amount of the suspected error. (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount; (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount; (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance; (4) We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases (Consumer Accounts Only).** This section applies if you access your line of credit using a credit card. If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) (2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. (3) You must not yet have fully paid for the purchase. If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903; or by calling our Customer Contact Center at 1.888.323.4732. If you call, we may require you to provide us with a written statement concerning your dissatisfaction with the purchase. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Liability for Unauthorized Use of Credit Card (Consumer Accounts Only).** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at: Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903, or call us at our Customer Contact Center, 1.888.323.4732. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Credit History Errors.** If you believe we have inaccurately reported information about your account history to a consumer reporting agency, please notify us in writing at the Bank address stated on page one of your statement.

**Prompt Crediting of Payments.** To receive credit for a payment on the date we receive the payment, we must receive your payment prior to 5:00 p.m. on a Bank business day (any day except Saturday, Sunday or a bank holiday). If paying at a branch or by mail, then payments must include the payment coupon. In addition, if paying by mail, payment must be mailed to the specific address furnished by the Bank. Payments received at any of our ATMs; payments received on a business day after 5:00 p.m.; payments received at a branch or by mail without a coupon; and, payments received on a day that is not a Bank business day, will be credited to your account no later than the next Bank business day.

**Preauthorized Deposits.** If direct deposits are made to your account at least every 60 days by the same person or entity, you can call us at the telephone number shown on page one of your statement to find out whether the deposit has been made.

Page 2 of 3

# First Citizens Bank

**Statement Period:** January 1, 2023    Thru January 31, 2023    **Account Number:** ▮▮▮▮430

**In Case of Errors or Questions About Your Electronic Transfers (Consumer Accounts Only).** If you think your statement or receipt is wrong or if you need more information about a transfer on a statement or receipt, telephone or write us as soon as you can at the telephone number or address which appears on page one of your statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You must: (1) tell us your name and account number; (2) describe the error or the transfer you are unsure about (including the date it occurred), and explain as clearly as you can why you believe it is in error or why you need more information; and (3) tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error promptly. We may take up to 45 days to complete our investigation (90 days for transfers initiated outside the U.S. or resulting from point-of-sale debit-card transactions). If we take more than 10 business days (5 days for certain Visa® Check Card transactions; 20 days for certain new accounts), we will recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

**Credit Limit.** When you make a payment on your account, we may, at our option, delay advancing additional funds from your line of credit in reliance on that payment until we confirm that your payment has been fully and finally collected. If we placed a hold on a credited payment pending our final determination of collectability, the "Available Credit" amount on the front page of this statement will **not** reflect this payment and funds in the amount of the hold will **not** be available to you for subsequent advances until we confirm that your payment has been fully and finally collected.

**Interest Charge.** The term "Interest Charge" on your statement has the same meaning as the term "Finance Charge" that may appear in your revolving line of credit documents.